UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 NOV 13 A 7:54

EC2A, INC.: ANTHONY LOUIS UNGER;
MBA PARTNERS
v.

3:03CV45 JCH
US DISTRICT COURT
BRIDGEPORT CT

GUY LESTICIAN; MICHAEL ROTH; AND
POWER SAVER DESIGNS, INC.

## DEFAULT JUDGMENT

This action came on for consideration before the Honorable Janet C. Hall, United States District Judge, as a result of plaintiffs' motion for default for failure to plead pursuant to 55(a) of the Federal Rules of Civil Procedure. On April 16, 2003, a default entered against the defendants, Guy Lestician, Michael Roth, and Power Saver Designs, Inc. The plaintiffs filed an application for entry of judgment on default. On July 31, 2003, a hearing was held and on August 4, 2003 a Ruling on Plaintiffs' Motion for Judgment on Default issued granting the plaintiffs' motion as follows:

An award in favor of the plaintiff MBA Partners against the defendants Guy Lestician, Michael Roth and Power Saver Designs, Inc., jointly and severally for $65,000.00 ($62,618.00 for advanced funds under Counts One and Two and $2,382 for attorneys fees on Count One).

An award in favor of the plaintiff Anthony Louis Unger against the defendants Guy Lestician, Michael Roth and Power Saver Designs, Inc. jointly and severally for $107,118.35 ($7,118.35 for advanced funds under counts One and Two and $100,000.00 compensatory damages under Count One).

To the extent that Power Saver Designs, Inc. has ownership interests of any of the following patents and patent applications (U.S. Pat. No. 5,880,677, U.S. Pat. No. 6,384,583, U.S. Pat. No. 6,448,747, U.S. Pat. Application No. 20020024326, U.S. Pat. Application No, 20020024788) such ownership is transferred to EC2A, Inc., subject to the terms of paragraph 2 of the May 3, 2002 Agreement in principal and defenses.

Therefore, it is ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff, MBA Partners against defendants Guy Lestician, Michael Roth and Power Saver Designs, Inc., jointly and severally, in the amount of $65,000.00; judgment is entered in favor of the plaintiff, Anthony Louis Unger against defendants Guy Lestician, Michael Roth and Power Saver Designs, Inc., jointly and severally, in the amount of $107,118.35; and judgment is entered in favor of plaintiff EC2A, against defendant Power Saver Designs, Inc., to the extent that the ownership of the above mentioned patients and patient applications is transferred to EC2A, subject to the terms of paragraph 2 of the May 3, 2002 Agreement in principal and defenses thereto;.

Dated at Bridgeport, Connecticut, this 12th day of November, 2003.

KEVIN F. ROWE, Clerk

By _Catherine Brodsky_
Deputy Clerk

Entered on Docket _____